UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES M. MESSINO, | 1:20-cv-7443 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| NEW JERSEY STATE PRISON, et al., | |
| Respondents. | |

**APPEARANCES**:

Jill R. Cohen, Esq.
Law Office of Jill R. Cohen
210 Haddon Avenue
Westmont, NJ 08108

    Attorney for Petitioner


Christine A. Hoffman, Acting Gloucester County Prosecutor
Dana R. Anton, Special Deputy Attorney General
Gloucester County Prosecutor's Office
P.O. Box 623
Hunter Street
Woodbury, NJ 08096

    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, James Messino filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 on June 18, 2020, see ECF No. 1; and

    WHEREAS, Respondent filed its answer on September 21, 2020, see ECF No. 7; and

WHEREAS, Petitioner requests an extension of time to file a traverse, see ECF No. 9,

THEREFORE, IT IS on this  6th   day of November, 2020

ORDERED that Petitioner's request for an extension, ECF No. 9, is granted.  The traverse is due on or before November 30, 2020.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |